# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
 *Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 28, 2011

Mr. David A. Stebbins
1407 N. Spring Road  #5
Harrison,  AR  72601

     RE:  11-3351  In Re: David Stebbins

Dear Sir:

     Your docketing letter and attachments were forwarded to you by e-mail.  Mailed are documents that could not be electronically included:

          Copy of Rule 25b
          Blank IFP motion

We will await the receipt of your completed motion.

          Michael E. Gans
          Clerk of Court

JMH

Enclosures

     District Court Case Number:   3:11-cv-03078-PKH